UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHARMEEN DENISE WASHINGTON,

                              Plaintiff,

              -against-

YASMIN ABEDIN, M.D., Metropolitan
Hospital,

                              Defendant.

23-CV-5887 (LTS)

CIVIL JUDGMENT

By order dated January 8, 2024, the Court dismissed this action for lack of subject matter jurisdiction, but granted Plaintiff sixty days' leave to amend her complaint to allege facts demonstrating that the court has subject matter jurisdiction of her claims. Plaintiff has not filed an amended complaint.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the action is dismissed for lack of subject matter jurisdiction, Fed. R. Civ. P. 12(h)(3).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:    March 11, 2024
          New York, New York

                              /s/ Laura Taylor Swain
                              LAURA TAYLOR SWAIN
                              Chief United States District Judge